UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH    DIVISION

| | |
|---|---|
| MALLIE J. SECKINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV415-306 |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed and considered the petition of Terry R. Weiss of the law firm of Greenberg Traurig LLP, 3333 Piedmont Road, N.E., Suite 2500, Atlanta, Georgia 30305, for permission to appear pro hac vice on behalf of defendant Bank of America, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Terry R. Weiss as counsel of record for defendant Bank of America, in this case.

**SO ORDERED** this __23rd__ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA