IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MALLIE J. SECKINGER, SR.,       )
                                )
v.                              )      CV 415-306
                                )
BANK OF AMERICA, EXPERIAN       )
INFORMATION SOLUTIONS, INC.,    )
TRANSUNION LLC, AND EQUIFAX     )
INFORMATION SERVICES, LLC       )

## ORDER

Plaintiff Mallie J. Seckinger, Sr. by and through his counsel has filed a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All claims of Plaintiff against Experian Information Solutions, Inc. are hereby dismissed with prejudice. Bank of America, Transunion LLC, and Equifax Information Services, LLC shall remain Defendants in this action.

SO ORDERED this ____ day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA