UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| MALLIE SECKINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV415-306 |
| | ) | |
| BANK OF AMERICA, N.A., and, | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO AMEND CASE CAPTION

The Court consolidated *Seckinger v. Bank of America*, CV415-306-LGW-GRS, and *Seckinger v. Equifax Information Services, LLC*, CV415-309. Doc. 4. Plaintiff seeks to amend the caption to reflect this change. Doc. 44 (citing Fed. R. Civ. P. 10(a)). The caption should so conform. Plaintiff's Motion is therefore **GRANTED**, the above caption has been so amended, the Clerk of Court is **DIRECTED** to amend the case caption accordingly, and all subsequent filings shall conform.

**SO ORDERED**, this 27th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA