UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MALLIE SECKINGER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV415-306 |
| BANK OF AMERICA, N.A., and EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

On January 23, 2017, the District Judge adopted the undersigned's recommendation that the state-law claims asserted in plaintiff's Second Amended Complaint be dismissed. Docs. 54 & 55. In the parties' Fed. R. Civ. P. 26(f) report, filed while the Motion to Dismiss was pending, they requested that the Court hold a scheduling conference after ruling. Doc. 52 at 4. Accordingly, the parties are directed to confer and determine whether a scheduling conference is still needed. If so, the parties may move the Court for such a conference. Any such motion should include an explanation of the issues the parties contend require judicial intervention, and each party's proposed resolution. Otherwise, the parties should submit a proposed scheduling order. The motion for a

scheduling conference or proposed scheduling order must be filed within 14 days from the date this Order is filed.

**SO ORDERED,** this 31st day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA